

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-14-00709-CR

Francisco Javier **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9697
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:   Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialynn Barnard, Justice[1]
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice[1]

The Court has considered the Motion for Reconsideration En Banc filed by Appellant Francisco Javier Gonzalez, and the motion is DENIED.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] Dissents to the denial of the motion for reconsideration without requesting a response.  *See* TEX. R. APP. P. 49.2.